# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALVATORE RUSSO, | : | No. 3:17cv454 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, L.P., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 8th day of May 2017, it is hereby **ORDERED** that Plaintiff Salvatore Russo's motion to remand (Doc. 3) is **GRANTED**. The Clerk of Court is directed to **REMAND** this case to the Court of Common Pleas of Pike County, Pennsylvania.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District**